UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN E. DAIGLE, JAMIE DAIGLE, and DAVID M. ZIMMER, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) ) | 6:10-CV-1068 (LEAD) |
| | ) ) | 6:10-CV-1170 (MEMBER) |
| | ) | |
| RICHARD WHITE, ET AL | ) ) | JUDGE HAIK |
| | ) | MAGISTRATE JUDGE HILL |

ORDER

Considering the above and foregoing "Motion of the Individual Investors for Appointment as Lead Plaintiffs, Approval of Lead Plaintiffs' Selection of Lead Counsel, and Approval of Lead Plaintiffs' Selection of Liaison Counsel" filed by plaintiffs,

IT IS ORDERED that plaintiffs Motion of the Individual Investors for Appointment as Lead Plaintiffs, Approval of Lead Plaintiffs' Selection of Lead Counsel, and Approval of Lead Plaintiffs' Selection of Liaison Counsel be and the same is hereby granted.

Lafayette, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE