**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| SHERWIN JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD WHITE, et al.,<br><br>Defendants. | ) | **CIVIL ACTION NO.**<br>**6:10CV1068 (LEAD)**<br>**6:10CV1170 (MEMBER)**<br><br>**JUDGE HAIK**<br>**MAGISTRATE JUDGE HILL** |

**PLAINTIFFS' MOTION FOR APPROVAL OF PROPOSED SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

NOW INTO COURT, comes Plaintiffs John E. and Jaime Daigle and David M. Zimmer (collectively, "Plaintiffs" or "Lead Plaintiffs"), who upon the accompanying Memorandum of Law and Joint Declaration of Joshua M. Lifshitz and W. Scott Holleman, hereby move for Approval of Proposed Settlement and Award of Attorneys' Fees and Reimbursement of Expenses.

WHEREFORE, for the reasons set forth in the accompanying papers, Plaintiffs pray that their Motion for Approval of Proposed Settlement and Award of Attorneys' Fees and Reimbursement of Expenses be granted.

Date: November 21, 2011

**BROUSSARD & DAVID, LLC**
**Injury Law Firm**

By: ***s/ Blake R. David***
Blake R. David (La. Bar #27427)
Attorney at Law
600 Jefferson Street, Suite 700
Mailing: P.O. Box 3524
Lafayette, LA 70502
Tel: (337) 233-2323
Fax: (337) 233-2353
blake@broussard-david.com

**PUGH, ACCARDO, HAAS, RADECKER, CAREY & HYMEL, LLC**

By: ***s/ Francis P. Accardo***
Francis P. Accardo
2000 Energy Center
1100 Poydras Street, Suite 3200
New Orleans, LA 70163-1132
Tel: (504) 799-4500
Fax: (504)799-4520
FPA@pugh-law.com

*Plaintiffs' Co-Liaison Counsel*

**BULL & LIFSHITZ LLP**
Joshua M. Lifshitz
18 East 41st Street
New York, NY 10017
Tel: (212) 213-6222
Fax: (212) 213-9405

**LEVI & KORSINSKY LLP**
Eduard Korsinsky
W. Scott Holleman
30 Broad Street, 15th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Plaintiffs' Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

I, Francis Accardo, hereby certify that, on November 21, 2011, I served the foregoing document on the following counsel of record by ECF and electronic mail:

Samuel E. Masur
Gordon Arata McCollam Duplantis & Eagan LLP
400 East Kaliste Saloom Road, Suite 4200
Lafayette, Louisiana 70508-8517

*Attorneys for OMNI Energy Services Corp.,*
*Richard White, Barry Kaufman, and Ronald Gerevas*

Alan K. Breaud
Breaud & Meyers, APLC
600 Jefferson Street, Suite 1101
Lafayette, LA 70501

*Attorneys for Brian Recatto,*
*Dennis Sciotto, and Edward Colson*

*/s Francis P. Accardo*____
Francis P. Accardo